JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| THE CITY OF ATLANTIC CITY | ZEMURRAY STREET CAPITAL, LLC & W. WESLEY DRUMMON |

**(b)** County of Residence of First Listed Plaintiff   ATLANTIC
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   New York County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, Email and Telephone Number)*
Michael J. Perugini, Esq. City of Atlantic City, City Solicitor's Office
City Hall - Room 406 1301 Bacharach Blvd. Atlantic City, NJ 08401
609-347-5540

Attorneys *(If Known)*
Felix P. Gonzalez, Esquire  Phone 215-901-7832
3403 Iron Rock Court      Fax: 1-888-511-1940
Pennsauken, N.J. 08109    Email: felixatty@yahoo.com

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
    Plaintiff

☐ 3  Federal Question
    *(U.S. Government Not a Party)*

☐ 2  U.S. Government
    Defendant

☒ 4  Diversity
    *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*      *and One Box for Defendant)*

| | PTF | DEF | | | PTF | DEF |
|---|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 470 Racketeer Influenced and |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 840 Trademark | Corrupt Organizations |
| Student Loans | ☐ 340 Marine | Injury Product | | | ☐ 480 Consumer Credit |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | Act | ☐ 862 Black Lung (923) | Exchange |
| ☒ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☒ 190 Contract | Product Liability | ☐ 380 Other Personal | Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 751 Family and Medical | | ☐ 895 Freedom of Information |
| | ☐ 362 Personal Injury - | Product Liability | Leave Act | | Act |
| | Medical Malpractice | | ☐ 790 Other Labor Litigation | | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | Income Security Act | ☐ 870 Taxes (U.S. Plaintiff | Act/Review or Appeal of |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | or Defendant) | Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | State Statutes |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original
Proceeding

☒ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
Another District
*(specify)*

☐ 6 Multidistrict
Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §1332 and 28 U.S.C. § 1441
Brief description of cause:
Breach of Contract

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $
3,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE            DOCKET NUMBER

DATE   8/19/14

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY, CAMDEN

| | |
|---|---|
| CITY OF ATLANTIC CITY, a Municipal Corporation of the State of New Jersey | |
| vs. | CASE NUMBER: |
| ZEMURRAY STREET CAPITAL, LLC 299 Park Avenue New York, N.Y. | |
| and | NOTICE OF REMOVAL OF STATE COURT ACTION TO UNITED STATES |
| W. WESLEY DRUMMON 1330 1st Avenue, #621 New York, N.Y. | DISTRICT COURT OF NEW JERSEY, CAMDEN PURSUANT TO 28 U.S.C. § 1332 and 28 U.S.C. § 1441. |
| Defendants | |

PLEASE TAKE NOTICE that defendants Zemurray Street Capital LLC ("Zemurray") and W. Wesley Drummon through its undersigned counsel, Felix P. Gonzalez, Esquire, hereby file this Notice of Removal pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441.

Defendants hereby removes to the United States District Court of New Jersey, Camden, all claims and causes of action in the civil action pled and captioned *The City of Atlantic City vs. Zemurray Street Capital LLC and W. Wesley Drummon*, Docket No. ATL-L004170-14, filed in the Superior Court of New Jersey, Law Division, Atlantic County. A copy of this Civil Action is attached hereto and marked Exhibit "A".

The grounds for removal are as follows:

1. The State Court Action, see Exhibit "A", was filed on July 15, 2014 claiming damages in the amount of $3,000,000 against defendants.

2. Zemurray Street Capital LLC, is a Delaware Limited Liability Company with its principle place of business at 299 Park Avenue, New York, N.Y. and its employee, W. Wesley Drummon resides at 1330 1st Avenue, #621, New York, N.Y.

3.   Defendants qualify and meet the requirements of 28 U.S.C. § 1332 (a)(1) because of the amount in controversy and the fact that the parties are citizens of different states.

4.   Defendant Zemurray Street Capital LLC was served with Plaintiff's Complaint on July 21, 2014 and W. Wesley Drummon received the Complaint on July 24, 2014 after it was improperly served.  Therefore this Notice of Removal is being filed on the 30th day of the service of the Plaintiff's Complaint upon Zemurray Street Capital LLC and on the 26th day of W. Wesley Drummon receiving Plaintiff's Complaint.

5.   Defendants have provided written notice of this Notice of Removal to plaintiff's counsel of record and has filed the appropriate Notice of Removal in the Superior Court of New Jersey, Atlantic County.

WHEREFORE, for the above stated reasons defendants pray that this Honorable Court grant the removal of the stated State cause of action to the United States District Court of New Jersey, Camden.

Respectfully submitted;

FELIX P. GONZALEZ, ESQ.
3403 Iron Rock Court
Pennsauken, N.J. 08109
Phone:  215-901-7832
Fax:  1-888-511-1940
Email:  felixatty@yahoo.com
Attorney for Defendants

Exhibit "A"



## CITY OF ATLANTIC CITY

### CITY SOLICITOR'S OFFICE

**JASON HOLT, ESQUIRE**
**CITY SOLICITOR**

CITY HALL - ROOM 406
1301 BACHARACH BOULEVARD
ATLANTIC CITY, N.J. 08401
TELEPHONE (609) 347-5540
TELECOPIER (609) 347-5210

IRVING B. JACOBY, DEPUTY CITY SOLICITOR
ANTHONY A. SWAN, ESQ.
MICHAEL J. PERUGINI, ESQ.
BENJAMIN J. KAUFMAN, ESQ.
KARL TIMBERS, ESQ.

July 14, 2014

Superior Court of New Jersey
Atlantic County Civil Courthouse
1201 Bacharach Blvd.
Atlantic City, NJ 08401
Attn: Civil Case Management

Re:   *City of Atlantic City vs. ZeMurray Street Capital, LLC, W. Wesley Drummon, et al.*
      *Docket No.*  /)  / L - L - 0 0 4/70 -/ 4

Dear Sir/Madam:

I am enclosing the following:

( X )  Complaint & ( 2 ) copies
(  )  Answer
(  )  Order
(  )  Interrogatories
(  )  Acknowledgment of Service
( X )  Summons
(  )  Notice of Motion
(  )  Check in the amount of $

(  )  General Release
(  )  Warrant for Satisfaction
(  )  Stipulation of Dismissal
(  )  Substitution of Attorney
(  )  Subpoena
( X )  Return Envelope
( X )  Proof of Service

Would you please:

( X )  File
( X )  Return copy stamped "filed"
(  )  Consent and/or approve and return
(  )  Acknowledge and return documents
(  )  Complete and return at once
(  )  Serve defendant(s) at:
( X )  Charge our account:  2900

Very truly yours,

Michael J. Perugini, Esq.
Asst. City Solicitor

CITY OF ATLANTIC CITY
Office of the Solicitor
JASON HOLT, City Solicitor
City Hall-Room 707
1301 Bacharach Boulevard
Atlantic City, N.J.  08401
(609) 347- 5540
By:  Michael J. Perugini, Attorneys for the Plaintiff,
City of Atlantic City

| | |
|---|---|
| CITY OF ATLANTIC CITY, a Municipal Corporation of the State of New Jersey<br><br>       Plaintiff,<br><br>v.<br><br>ZEMURRAY STREET CAPITAL, LLC , W. WESLEY DRUMMON, JOHN DOE (1-10), MARY DOE (1-10), ABC PARTNER-SHIPS (1-10) AND XYZ CORPORATION (1-10), FICTIOUS PERSONS AND ENTITIES; JOINTLY, SEVERALLY AND IN THE ALTERNATIVE<br><br>      Defendants | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>ATLANTIC COUNTY<br><br>DOCKET NO:  *ATL-L-004170-14*<br><br>CIVIL ACTION<br><br>**SUMMONS** |

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may

obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

Dated:                                               Michelle M. Smith, Esquire
                                                     Clerk of the Superior Court

Name of Defendant to be served:      ZeMurray Street Capital, PLC
                                     c/o Corporation Registered Agent :   Incorp Services Inc.

                                                                         1201  Orange St
                                                                         Suite 600
Address of Defendant to be served:                                       One Commerce Ctr.
                                                                         Wilmington, DE

                                                                                 19899

                         and To: W. Wesley Drummon
                                 718 E. 218th Street
                                 Bronx, NY  10467-5804

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Case Processing Section
Room 119
Justice Center, 10 Main St.
Hackensack, NJ 07601-0769
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn:  Judicial Intake
First Fl., Courts Facility
49 Rancocas Rd.
Mt. Holly, NJ 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 496-4570

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
1st Fl., Hall of Records
101 S. Fifth St.
Camden, NJ 08103
LAWYER REFERRAL
(609) 964-4520
LEGAL SERVICES
(609) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main Street
Box DN-209
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Sts., P.O. Box 615
Bridgeton, NJ 08302
LAWYER REFERRAL
(609) 692-6207
LEGAL SERVICES
(609) 451-0003

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
50 West Market Street
Room 131
Newark, NJ 07102
LAWYER REFERRAL
(201) 622-6207
LEGAL SERVICES
(201) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn:  Intake
First Fl., Court House
1 North Broad Street, P.O. Box 750
Woodbury, NJ 08096
LAWYER REFERRAL
(609) 848-4589
LEGAL SERVICES
(609) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept
Brennan Court House - 1st Floor
583 Newark Avenue
Jersey City, NJ 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822
LAWYER REFERRAL
(908) 7263-6109
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court
Administration Building
Third Floor
1 Kennedy Sq., P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
Courthouse
71 Monument Park
P.O. Box 1262
Freehold, NJ 07728-1269
LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
30 Schuyler Pl., P.O. Box 910
Morristown, NJ 07960-0910
LAWYER REFERRAL
(973) 267-5082
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior Court
Courthouse, Room 119
118 Washington Street
Toms River, NJ 08754
LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton St.
Paterson, NJ 07505
LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 345-7171

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
92 Market St., P.O. Box 18
Salem, NJ 08079
LAWYER REFERRAL
(856) 678-8363
LEGAL SERVICES
(856) 451-0003

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
New Court House, 3rd Fl.
P.O. Box 3000
Somerville, NJ 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(973) 267-5082
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl. Court House
2 Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(908) 387-1835
LEGAL SERVICES
(908) 475-2010

**Appendix XII-B1**



| CIVIL CASE INFORMATION STATEMENT (CIS) | FOR USE BY CLERK'S OFFICE ONLY |
|---|---|



**CIVIL CASE INFORMATION STATEMENT**

**(CIS)**

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
**Pleading will be rejected for filing, under *Rule* 1:5-6(c),**
if information above the black bar is not completed
or attorney's signature is not affixed

FOR USE BY CLERK'S OFFICE ONLY
PAYMENT TYPE: ☐ CK ☐ CG ☐ CA
CHG/CK NO.
AMOUNT:
OVERPAYMENT:
BATCH NUMBER:

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| MICHAEL J. PERUGINI | (609) 347-5540 | Atlantic |

| FIRM NAME (if applicable) | DOCKET NUMBER (when available) |
|---|---|
| City of Atlantic City, City Solicitor's Office | ATL L - 004170 -14 |

| OFFICE ADDRESS | DOCUMENT TYPE |
|---|---|
| City Solicitor's Office<br>City Hall - Rm. 406<br>1301 Bacharach Blvd.<br>Atlantic City, NJ 08401 | Summons and Complaint<br><br>JURY DEMAND  ☒ Yes  ☐ No |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| City of Atlantic City | City of Atlantic City v. ZeMurray Street Capital, LLC , W. Wesley Drummon, John Doe (1-10), et al. |

| CASE TYPE NUMBER (See reverse side for listing)<br><br>599 | HURRICANE SANDY RELATED?<br>☐ Yes  ☒ NO | IS THIS A PROFESSIONAL MALPRACTICE CASE?  ☐ YES  ☒ NO<br>IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
|---|---|---|
| RELATED CASES PENDING?<br>☐ Yes  ☒ No | | IF YES, LIST DOCKET NUMBERS |
| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)?<br>☐ Yes  ☒ No | | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)<br>☐ NONE<br>☒ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?<br>☒ Yes  ☐ No | IF YES, IS THAT RELATIONSHIP?<br>☐ EMPLOYER/EMPLOYEE  ☐ FRIEND/NEIGHBOR  ☐ OTHER (explain)<br>☐ FAMILIAL  ☒ BUSINESS |
|---|---|

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?  ☐ YES  ☐ No |
|---|

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| ♿ DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?<br>☐ YES  ☒ No | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| WILL AN INTERPRETER BE NEEDED?<br>☐ YES  ☒ No | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE:



**Side 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
### Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I - 150 days' discovery**
- 151  NAME CHANGE
- 175  FORFEITURE
- 302  TENANCY
- 399  REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502  BOOK ACCOUNT (debt collection matters only)
- 505  OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506  PIP COVERAGE
- 510  UM or UIM CLAIM (coverage issues only)
- 511  ACTION ON NEGOTIABLE INSTRUMENT
- 512  LEMON LAW
- 801  SUMMARY ACTION
- 802  OPEN PUBLIC RECORDS ACT (summary action)
- 999  OTHER (briefly describe nature of action)

**Track II - 300 days' discovery**
- 305  CONSTRUCTION
- 509  EMPLOYMENT (other than CEPA or LAD)
- 599  CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605  PERSONAL INJURY
- 610  AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621  UM or UIM CLAIM (includes bodily injury)
- 699  TORT – OTHER

**Track III - 450 days' discovery**
- 005  CIVIL RIGHTS
- 301  CONDEMNATION
- 602  ASSAULT AND BATTERY
- 604  MEDICAL MALPRACTICE
- 606  PRODUCT LIABILITY
- 607  PROFESSIONAL MALPRACTICE
- 608  TOXIC TORT
- 609  DEFAMATION
- 616  WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617  INVERSE CONDEMNATION
- 618  LAW AGAINST DISCRIMINATION (LAD) CASES

**Track IV - Active Case Management by Individual Judge / 450 days' discovery**
- 156  ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303  MT. LAUREL
- 508  COMPLEX COMMERCIAL
- 513  COMPLEX CONSTRUCTION
- 514  INSURANCE FRAUD
- 620  FALSE CLAIMS ACT
- 701  ACTIONS IN LIEU OF PREROGATIVE WRITS

**Multicounty Litigation (Track IV)**
- 266  HORMONE REPLACEMENT THERAPY (HRT)
- 271  ACCUTANE/ISOTRETINOIN
- 274  RISPERDAL/SEROQUEL/ZYPREXA
- 278  ZOMETA/AREDIA
- 279  GADOLINIUM
- 281  BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282  FOSAMAX
- 284  NUVARING
- 285  STRYKER TRIDENT HIP IMPLANTS
- 286  LEVAQUIN
- 287  YAZ/YASMIN/OCELLA
- 288  PRUDENTIAL TORT LITIGATION
- 289  REGLAN
- 290  POMPTON LAKES ENVIRONMENTAL LITIGATION
- 291  PELVIC MESH/GYNECARE
- 292  PELVIC MESH/BARD
- 293  DEPUY ASR HIP IMPLANT LITIGATION
- 295  ALLODERM REGENERATIVE TISSUE MATRIX
- 296  STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS
- 297  MIRENA CONTRACEPTIVE DEVICE
- 601  ASBESTOS
- 623  PROPECIA

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics."

**Please check off each applicable category**  ☐ **Putative Class Action**  ☐ **Title 59**

MICHAEL J. PERUGINI, ASST. CITY SOLICITOR
City of Atlantic City - City Hall
Solicitor's Office – Room 406
1301 Bacharach Blvd.
Atlantic City, NJ 08401
(609) 347-5540

Attorney(s) for Defendant(s), City of Atlantic City,

| | |
|---|---|
| CITY OF ATLANTIC CITY | : SUPERIOR COURT OF NEW |
| | : LAW DIVISION |
| | : ATLANTIC COUNTY |
| Plaintiff, | : |
| vs. | : DOCKET NO. ATL-L-004170-14 |
| | : |
| | : CIVIL ACTION |
| ZEMURRAY STREET CAPITAL, LLC, | : |
| W. WESLEY DRUMMON, JOHN DOE (1-10), | : |
| MARY DOE (1-10), ABC PARTNERSHIPS (1-10): | **COMPLAINT** |
| AND XYZ CORPORATION (1-10), FICTIOUS | : |
| PERSONS AND ENTITIES; JOINTLY, | : |
| SEVERALLY AND IN THE ALTERNATIVE, | : |
| | : |
| Defendants. | : |

Plaintiff, the CITY OF ATLANTIC CITY, a municipal corporation located at 1301

Bacharach Boulevard, Atlantic City, County of Atlantic, State of New Jersey, by way of

Complain against Defendants hereby states as follows:

### FIRST COUNT

1.     Defendant, ZeMurray Street, LLC a Delaware Limited Liability company located

at 299 Park Avenue, Sixth Floor, New York, NY 10171.

2.     Defendant, W. Wesley Drummon, an individual residing at 718 E. 218th Street,

Bronx, NY 10467-5804.

3.     At all times material hereto Defendant W. Wesley Drummon was acting in his

capacity as an employee, partner, member or agent for Defendant ZeMurray Street Capital, LLC.

4.    Plaintiff, City of Atlantic City a municipal corporation entered into certain agreements with defendants by terms of which defendant promised to agree to provide plaintiff with certain products and services including, but not limited to, the establishment in administration of a Community Development Lending Program, and in consideration thereof, plaintiff deposited with defendants Three Million Dollars ($3,000,000.00) for the implementation and administration of the lending program.  Plaintiff duly provided such funds and otherwise performed all the conditions on its part to be performed under the agreements and at the specific request and direction of the defendants.

5.    At all times material hereto Defendants acted individually, combined, jointly, severally, in concert and in the alternative.

6.    The various agreements entered into between plaintiff and defendants include without limitation a memorandum of understanding and escrow agreements by which a true copy is hereby annexed to this complaint, made a part hereof, and incorporated herein by reference as Exhibit A.

7.    Defendants refused to comply with the City's many requests to provide the City with the required reporting including accounting of the City funds deposited with the defendants.

8.    Defendants reached the above mentioned agreement, which breach include without limitation the failure and refusal to follow through with implementation and administration of the program, and failure to abide by the terms and conditions of the aforementioned agreements.

9.    Defendants breached the above mentioned agreements including failing to return the City's fund in the amount of Three Million Dollars ($3,000,000.00) which defendants agreed to return therein.

10.    Defendants agreed to return the City funds and confirmed this agreement on April 3, 2014 but defendants never complied with the agreement.

11.    Defendants breached the above mentioned agreements by failing to submit to the City the forty-five day reports as required by the agreements.

12.    Defendants breached the above mentioned agreements by failing to submit to the plaintiff a reduction of estimates for aggregate lending within thirty (30) calendar days from the initial six month period of the agreement.

13.    Plaintiff has made numerous demands upon defendants for return of the public funds as described above but defendants have failed and refused to refund the same and persist in said failure and refusal.

14.    As a direct proximate and consequential result of defendants breach of contract and failure to refund the above mentioned sum, the plaintiff has sustained damages including the sum due to be refunded under the agreement, along with interest, cost of collection and attorney fees.

**WHEREFORE,** Plaintiff demands judgment against Defendants for:

A.  Compensatory damages;

B.  Interest;

C.  Costs of suit;

D.  Attorney fees; and

E.  Such other relief as the Court shall deem fair and equitable.

## SECOND COUNT

1.    Plaintiff, City of Atlantic City, repeats and re-alleges each and every allegation of this Complaint as if set forth at length herein.

2.    The various agreements entered into between plaintiff and defendants include communications by which defendants represented to the City that defendants have agreed to return the City funds, a true copy of such emails are hereby annexed to this Complaint, made a part hereof, and incorporated herein by reference as Exhibit B.

3.    Defendants breached the above mentioned agreement which breach includes without limitation the failure and refusal to refund plaintiff the sum of at least Three Million Dollars ($3,000,000.00).

4.    Defendants still owe the plaintiff at least Three Million Dollars ($3,000,000.00) and defendants are indebted to plaintiff in that amount.

5.    Plaintiff reserves the right to amend this complaint at the time of trial to include any other amounts due and owing under said agreements at the time this matter is heard by the Court.

6.    Plaintiff has made numerous demands upon defendants for the return of the public funds but defendants have failed and refused to pay the same and persist in said failure and refusal.

7.    As a direct, proximate, consequential result of defendants breach of contract and failure to refund the above mentioned sum, the plaintiff has sustained damages including the sums due under the agreement, along with interests, cost of collection and attorney fees.

**WHEREFORE,** Plaintiff demands judgment against Defendants for:

A. Compensatory damages;

B. Interest;

C.  Costs of suit;

D.  Attorney fees; and

E.  Such other relief as the Court shall deem fair and equitable.

### THIRD COUNT

1.       Plaintiff, City of Atlantic City, repeats and re-alleges each and every allegation of this Complaint as if set forth at length herein.

2.  There is due to the plaintiff from defendants the sum of at least Three Million Dollars ($3,000,000.00) upon an agreement stated, defendants did promise to refund plaintiff the aforementioned sum on demand.

3.  Plaintiff has made numerous demands upon defendants for return of and for payment of the above described sum, but defendants have failed and refused to pay the same and persist in said failure and refusal.

4.  As a direct, proximate, consequential result of defendants failure to refund the above described sum, plaintiff has sustained damages including the sums due under the agreement, along with interests, cost of collection and attorney fees.

**WHEREFORE**, Plaintiff demands judgment against Defendants for:

A.  Compensatory damages;

B.  Interest;

C.  Costs of suit;

D.  Attorney fees; and

E.  Such other relief as the Court shall deem fair and equitable.

## FOURTH COUNT

1.     Plaintiff, City of Atlantic City, repeats and re-alleges each and every allegation of this Complaint as if set forth at length herein.

2.     Defendants conduct led to the tortious misappropriation and conversion of funds.

3.     Defendants misappropriated funds paid to it by the City of Atlantic City for services as set forth in the Memorandum of Understanding which defendants never performed or returned such funds.

4.     As a result of defendant's misappropriation of funds, plaintiff has sustained damages.

**WHEREFORE,** Plaintiff demands judgment against Defendants for:

A. Compensatory damages;

B. Punitive damages;

C. Interest;

D. Attorney fees; and

E. Such other relief as the Court shall deem fair and equitable.

## FIFTH COUNT

1.     Plaintiff, City of Atlantic City, repeats and re-alleges each and every allegation of this Complaint as if set forth at length herein.

2.     Based on the defendants actions and continual bad faith towards the plaintiff, plaintiff claim for payment and return of funds in the amount of Three Million Dollars ($3,000,000.00) has been wrongfully denied.

3.     As a result of defendants bad faith, plaintiff has sustained damages.

**WHEREFORE,** Plaintiff demands judgment against Defendants for:

A. Compensatory damages;

B. Punitive damages;

C. Interest;

D. Attorney fees; and

E. Such other relief as the Court shall deem fair and equitable.

**SIXTH COUNT**

1.      Defendants in their representation to the City of Atlantic City set forth specific details regarding the company and the services that were offered included but not limited to the implementation and administration of the Community Development Lending Program.

2.      On or about May 31, 2013, the parties entered into a Memorandum of Understanding for the implementation and administration of the Community Development Lending Program and failure to respond to Plaintiff's repeated demands for information and verification of Defendant's funds.

3.      After several months of inactivity and failure to perform, plaintiff undertook due diligence to investigate the business entity and of the services that were to be provided to the City with regard to the Community Development Lending Program.   Upon learning the information regarding the business and the services that were to be offered were misrepresented by defendants, plaintiff sought to invalidate the contract and demanded the return of City funds to plaintiff.

4.      Plaintiff and defendants were at all times relevant to this complaint persons as that term is defined in N.J.S.A. 56:8-1 (d).

5.    The conduct of defendants constitutes a violation of the New Jersey Consumer Fraud Act, N.J.S.A. 56:8-1 et seq. Defendants made misrepresentations to plaintiff as to the transaction, services, offers and value and as a result of the misrepresentations plaintiff was induced to enter into the memorandum of understanding for the implementation and provision of services regarding the Community Development Lending Program.

6.    The conduct of defendants is fraudulent and unconscionable as used in the New Jersey Consumer Fraud Act.

7.    The violations of the New Jersey Consumer Fraud Act was a cause of the actual damages sought by the plaintiff.

WHEREFORE, Plaintiff demands judgment against Defendants for:

A. Treble damages;

B. Punitive damages;

C. Interest;

D. Costs of Suit;

E. Attorney fees; and

F. Such other relief as the Court shall deem fair and equitable.

**SEVENTH COUNT**

1.    Plaintiff, City of Atlantic City, repeats and re-alleges each and every allegation of this Complaint as if set forth at length herein.

2.    After due diligence plaintiff learned that defendants were unable to produce or adhere to the terms and conditions of the memorandum of understanding and gave notice to defendant that defendants have failed to abide by the terms and conditions of the agreement. Defendants have failed to return any of the City funds that have been deposited with defendants.

3.      As a direct and proximate result of the defendants inability to fulfill the terms and conditions of the agreement and the inability to provide the contracted services which included implementation and administration of a Community Development Lending Program, defendants breached the contract with plaintiff causing the plaintiff economic and other forms of damages.

**WHEREFORE,** Plaintiff demands judgment against Defendants both jointly and separately for:

A. Compensatory damages;

B.  Interest;

C.  Costs of Suit;

D.  Attorney fees; and

E.  Such other relief as the Court shall deem fair and equitable.

## EIGHTH COUNT

1.      Plaintiff, City of Atlantic City, repeats and re-alleges each and every allegation of this Complaint as if set forth at length herein.

2.      Defendants intentionally misrepresented to the City of Atlantic City the services that they would provide including verification of City funds, and all aspects of the transaction with the plaintiff.

3.      Plaintiff relied upon the Defendants representations made with regard to the business transaction.

4.      As a direct and proximate result of defendants misrepresentation and fraud, plaintiff has suffered economic and other forms of damages.

**WHEREFORE,** Plaintiff demands judgment against Defendants for:

A. Compensatory damages;

B. Interest;

C. Costs of Suit;

D. Attorney fees; and

E. Such other relief as the Court shall deem fair and equitable.

## NINTH COUNT

1.      Plaintiff City of Atlantic City repeats and re-alleges each and every allegation of this Complaint as if set forth at length herein.

2.      Plaintiff has repeatedly demanded accountings and verification of City funds, while defendants continue to make representations that such will be sent while failing to do so over the course of several months.

3.      Plaintiff has relied upon the continual fraudulent representations and misrepresentations.

4.      Defendants continue to wrongfully withhold City funds in the amount of Three Million Dollars ($3,000,000.00) to which plaintiff is entitled.

5.      As a direct and proximate cause of Defendants fraud and intentional withholding of plaintiff's monies, plaintiff has been damaged.

WHEREFORE, plaintiff demands judgment against defendants for:

A.    Compensatory damages;

E.   Costs of suit;

F.   Attorney fees;

G.   Such other and further relief as the Court shall deem fair and equitable.

## JURY DEMAND

Plaintiff hereby demands a trial by jury as to all issues.

## DESIGNATION OF TRIAL COUNSEL

Plaintiff hereby designates Michael J. Perugini, Esquire as trial counsel in this matter.

## CERTIFICATION

The undersigned counsel certifies that there are no other actions or arbitrations pending or contemplated involving the subject matter of this controversy at this time and there are no additional known parties who should be joined to present action at this time.   I certify the foregoing to be true.  I am aware if the above is wilfully false, I am subject to punishment.

## DEMAND FOR PRODUCTION OF INSURANCE AGREEMENTS

Pursuant to R. 4:10-2(b), demand is hereby made that you disclose to the undersigned whether there are any insurance agreements or policies under which any person or firm carrying on an insurance business may be liable to satisfy all or part of a judgment which may be entered in the action or to indemnify or reimburse for payment made to satisfy the judgment.  If so, please attach a copy of each, or in the alternative state, under oath and certification: (a) policy number; (b) name and address of insurer; (c) inception and expiration date; (d) names and addresses of all persons insured thereunder; ( e) personal injury limits; (f) property damage limits; and (g) medical payment limits.

Respectfully submitted,

Date: 7 - 15 - 14

MICHAEL J. PERUGINI, ASST. SOLICITOR
CITY OF ATLANTIC CITY