UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                      Proceeding Date: May 5, 2015

**JUDGE ANN MARIE DONIO**

Court Reporter: ECR

**TITLE OF CASE:**                                  DOCKET NO. 14cv5169(RMB/AMD)
**City of Atlantic City**
v.
**ZeMurray Street Capital, LLC, et al**

**APPEARANCES:**
Thomas Monahan, Esq. for plaintiff
Christopher Khatami, Esq. for plaintiff
Felix Gonzalez, Esq. for defendants

**NATURE OF PROCEEDINGS:**   Discovery Conference held on the record

**DISPOSITION:**
Order to be entered.

                                          *s/Susan Bush*
                                          **DEPUTY CLERK**

Time Commenced: 11:25 a.m. Time Adjourned: 11:52 a.m. Total time: 27 minutes