UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                              Proceeding Date: May 7, 2015

**JUDGE ANN MARIE DONIO**

Court Reporter: ECR

**TITLE OF CASE:**                          DOCKET NO. 14cv5169(RMB/AMD)
**City of Atlantic City**
v.
**ZeMurray Street Capital, LLC, et al**

**APPEARANCES:**
Thomas Monahan, Esq. for plaintiff
Christopher Khatami, Esq. for plaintiff
Felix Gonzalez, Esq. for defendants

**NATURE OF PROCEEDINGS:**   Telephonic Discovery Conference held on the record

**DISPOSITION:**
Order to Show Cause hearing set for May 27, 2015 at 2:00 pm
Order to be entered.

*s/Susan Bush*
**DEPUTY CLERK**

Time Commenced: 9:31 a.m. Time Adjourned: 9:40 a.m. Total time: 9 minutes