```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
                     CAMDEN VICINAGE
```

| | |
|---|---|
| CITY OF ATLANTIC CITY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ZEMURRAY STREET CAPITAL, LLC,<br>et al.,<br><br>　　　　Defendants. | Civil No. 14-5169 (RBK/AMD) |

**ORDER TO SHOW CAUSE**

This Matter comes before the Court as a result of a telephone status conference held on May 6, 2015, with Thomas E. Monahan, Esquire, and Christopher Khatami, Esquire, appearing on behalf of the Plaintiff; and Felix P. Gonzalez, Esquire, appearing on behalf of the Defendants; and for good cause shown:

IT IS on this **11th** day of **May 2015**,

**ORDERED** that the Court will conduct a hearing before the Hon. Ann Marie Donio on **May 27, 2015 at 2:00 P.M.** in Courtroom 3B, Mitchell H. Cohen U.S. Courthouse, Camden, New Jersey, at which time a representative of ZeMurray Street Capital, LLC and W. Wesley Drummon, and Felix P. Gonzalez, Esquire, counsel for Defendant, shall appear and shall show cause as to why Defendants should not be sanctioned for their

failure to respond to outstanding document requests by March 30, 2015; and it is further

**ORDERED** that counsel for Defendants shall advise the Defendants of the date and time of this hearing; and it is further

**ORDERED** that counsel for Plaintiff shall also appear at the hearing on May 27, 2015.

**FAILURE TO APPEAR** in response to this Order to Show Cause may result in the imposition of sanctions and may be deemed a contempt of Court.

                                            s/ Ann Marie Donio
                                            ANN MARIE DONIO
                                            UNITED STATES MAGISTRATE JUDGE

cc: Hon. Robert B. Kugler