# GILMORE & MONAHAN

GEORGE R. GILMORE
THOMAS E. MONAHAN·
JEAN L. CIPRIANI
· Certified Civil Trial Attorney

A PROFESSIONAL CORPORATION
**COUNSELLORS AT LAW**
ALLEN STREET PROFESSIONAL CENTER
TEN ALLEN STREET
P.O. BOX 1540
TOMS RIVER, NEW JERSEY 08754
(732) 240-6000 | FAX (732) 244-1840

Please reply to:
P.O. BOX 1540
TOMS RIVER, NEW JERSEY 08754

MICHAEL J. GILMORE
JARED J. MONACO
LAUREN R. STAIGER
ROBIN LA BUE
ANDREA E. WYATT
DENIS P. KELLY
PATRICK L. CIMINO
CHRISTEN E. MCCULLOUGH
MICHAEL S. NAGURKA
CHRISTOPHER A. KHATAMI

June 2, 2015

*Via Fax 856-757-5296*
Honorable Ann Marie Donio
Mitchell H. Cohen Bldg. & US Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re:     **City of Atlantic City v. Zeemurray Street Capital, et al.
         Civil No. 14-5169 (RBK/AMD)**

Dear Judge Donio:

On May 29, 2015, your Honor entered an Order requiring Defendant, Wes Drummon, to provide a certification that the BATES-Stamped documents 1 thru 96 encompassed all of the discovery documents for this matter in his custody, control, or possession. Defendant submitted his certification on June 1, 2015. Paragraph 2 of his certification, however, does not categorically state that the above-mentioned documents 1 thru 96 constitute all of the documents in his custody, control, or possession. Paragraph 2 of his certification contains a caveat that any other relevant documents found will be promptly provided to Plaintiff.

Plaintiff opposes Defendant Drummon's certification on this basis. We respectfully request that Your Honor require Defendant to produce another certification that categorically states without any caveats that no additional documents relevant to this case are in his custody, control, or possession.

Respectfully submitted,

CHRISTOPHER A. KHATAMI
For the Firm
cak@gm-law.net

cc:     Felix P. Gonzalez, Esq./via fax 888-511-1940