Felix P. Gonzalez, Esquire
N.J. Attorney ID. No. 029771991
3403 Iron Rock Court
Pennsauken, N.J. 08109
Phone: 215-901-7832

| | |
|---|---|
| CITY OF ATLANTIC CITY, a Municipal Corporation of the State of New Jersey<br><br>vs.<br><br>ZEMURRAY STREET CAPITAL, LLC<br><br>and<br><br>W. WESLEY DRUMMON, et al<br><br>Defendants | IN THE UNITED STATES DISTRICT COURTFOR THE DISTRICT OF NEW JERSEY, CAMDEN<br><br><br>Docket No. 1:14-cv-05169-RBK-AMD<br><br>NOTICE OF MOTION BY DEFENDANTS ZEMURRAY STREET CAPITAL, LLC AND W. WESLEY DRUMMON MOTION TO DISMISS FIFTH COUNT OF PLAINTIFF'S COMPLAINT CLAIMING DAMAGES AS A RESULT OF VIOLATIONS OF THE NEW JERSEY CONSUMER FRAUD ACT PURSUANT TO FED. R. CIV. P. 12(b)(6) |

TO PLAINTIFF AND HIS COUNSEL OF RECORD:

Thomas E. Monahan, Esquire
Christopher A. Khatami, Esquire
Gilmore & Monahan, P.A.
P.O. Box 1540
Ten Allen Street
Toms River, N.J. 08754
Counsel for The City of Atlantic City

NOTICE IS HEREBY GIVEN that on November 16, 2015, at 9 a.m., or as soon thereafter as the matter can be heard before the Honorable Robert B. Kugler, U.S.D.J. in the United States District Court for the District of New Jersey, Camden Vicinage, Defendants Zemurray Street Capital, LLC and W. Wesley Drummon will move before the Court to Dismiss the Fifth Count of Plaintiff's Complaint Claiming Damages as a Result of Violations of the New Jersey Consumer Fraud Act Pursuant to Fed. R. Civ. P. 12(b)(6) pursuant to Fed. R. Civ. P. 37(a) and Local Rule 7. 1.

The motion is being made on the grounds that the Fifth Count of plaintiff's First Amended Complaint alleging that plaintiff suffered damages as a result of defendant's violation of the New Jersey Consumer Fraud Act, N.J.S.A. 56:8-1, et seq. is not supported by fact and/or law.

                                                    Felix P. Gonzalez, Esquire
                                                    Attorney for Zemurray Street
                                                    Capital, LLC and
                                                    W. Wesley Drummon

Date:  October 15, 2015