# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of New Jersey

Case Number: 1 14 CV 05169 RBK AMD

Plaintiff:
**CITY OF ATLANTIC CITY**

vs.

Defendant:
**ZEMURRAY STREET CAPITAL, LLC, ET AL**

For:
THOMAS MONAHAN

Received by Guaranteed Subpoena Service, Inc. to be served on **GARY A. LAX, 4316 16TH STREET NORTH, ARLINGTON, VA 22207**.

I, Josiah Wright, do hereby affirm that on the **29th day of September, 2015** at **12:48 pm, I:**

Served LETTER, SUMMONS, FIRST AMENDED COMPLAINT to Tannia Tolento as Wife/Co-resident of GARY A. LAX at 4316 16TH STREET NORTH, ARLINGTON, VA 22207, being of suitable age and discretion to accept service. Upon information and belief, 4316 16TH STREET NORTH, ARLINGTON, VA 22207 is the usual place of abode of GARY A. LAX.

**Description** of Person Served: Age: 40s, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 130, Hair: Dark, Glasses: N

I certify that I am a natural person over the age of eighteen, not a party to or otherwise interested in the subject matter in controversy, and am authorized to serve process in accordance with the laws of the jurisdiction where service was made.

**Josiah Wright**
Process Server

**Guaranteed Subpoena Service, Inc.**
**2009 Morris Ave**
**Union, NJ 07083**
**(800) 672-1952**

Our Job Serial Number: GTS-0000005506
Ref: 20150928100549

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0t



# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New Jersey

Case Number: 1 14 CV 05169 RBK AMD

Plaintiff:
**CITY OF ATLANTIC CITY**

vs.

Defendant:
**ZEMURRAY STREET CAPITAL, LLC, ET AL**

For:
THOMAS MONAHAN

Received by Guaranteed Subpoena Service, Inc. to be served on **GARY A. LAX, 4316 16TH STREET NORTH, ARLINGTON, VA 22207**.

I, Josiah Wright, do hereby affirm that on the **29th day of September, 2015** at **12:48 pm, I:**

Served LETTER, SUMMONS, FIRST AMENDED COMPLAINT to Tannia Tolento as Wife/Co-resident of GARY A. LAX at 4316 16TH STREET NORTH, ARLINGTON, VA 22207, being of suitable age and discretion to accept service. Upon information and belief, 4316 16TH STREET NORTH, ARLINGTON, VA 22207 is the usual place of abode of GARY A. LAX.

**Description** of Person Served: Age: 40s, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 130, Hair: Dark, Glasses: N

I certify that I am a natural person over the age of eighteen, not a party to or otherwise interested in the subject matter in controversy, and am authorized to serve process in accordance with the laws of the jurisdiction where service was made.

**Josiah Wright**
Process Server

**Guaranteed Subpoena Service, Inc.**
**2009 Morris Ave**
**Union, NJ 07083**
**(800) 672-1952**

Our Job Serial Number: GTS-0000005506
Ref: 20150928100549

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0t

