IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **THE CITY OF ATLANTIC CITY,** : | Civil No.: 14-5169 (RBK/AMD) |
| : | |
| Plaintiff(s), : | |
| : | |
| v. : | |
| : | |
| **ZEMURRAY STREET CAPITAL, LLC, W. WESLEY DRUMMON, TENNESSEE BUSINESS & INDUSTRIAL DEVELOPMENT CORPORATION d/b/a TN BIDCO, GARY A. LAX, MICHAEL J. LAX, LATAN FAMILY TRUST 1, TAIPAN HOLDINGS, LLC, ABC PARTNERSHIPS 1-10 (fictitious defendants), JOHN DOE (1-10), MARY DOE (1-10), XYZ CORPORATION (1-10), FICTITIOUS PERSONS AND ENTITIES, DEF SHAREHOLDERS, TRUSTS, and HOLDING COMPANIES (1-10).** : | |
| Defendant(s). : | |

### REQUEST FOR ENTRY OF DEFAULT

To: Clerk of the Court

Plaintiff, the City of Atlantic City, hereby requests the entry of default pursuant to Federal Rule of Civil Procedure 55(a) against Defendants, Tennessee Business & Industrial Development Corporation d/b/a TN BIDCO, Gary A. Lax, Michael J. Lax, Latan Family Trust 1 for failure to file a responsive pleading or an Answer within the time prescribed by both Rule 12(a)(1)(A)(i) and this Court's Scheduling Order dated December 8, 2015.

So Entered:

**GILMORE & MONAHAN, P.A.**            **CLERK OF THE COURT**
Attorneys for Plaintiff, City of Atlantic City

_____
 Deputy Clerk

GILMORE & MONAHAN
A Professional Corporation
COUNSELLORS AT LAW
Allen Street Professional Center
Ten Allen Street
P.O. Box 1540
Toms River, New Jersey 08754

*/S/ Christopher A. Khatami*

_____
CHRISTOPHER A. KHATAMI
For the Firm
cak@gm-law.net

GILMORE & MONAHAN
A Professional Corporation
COUNSELLORS AT LAW
Allen Street Professional Center
Ten Allen Street
P.O. Box 1540
Toms River, New Jersey 08754