UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                    Proceeding Date: March 4, 2016

**JUDGE ANN MARIE DONIO**

Court Reporter: ECR

**TITLE OF CASE:**                **DOCKET NO. 14cv5169(RMB/AMD)**
**City of Atlantic City**
    v.
**ZeMurray Street Capital, LLC, et al**

**APPEARANCES:**
Thomas Monahan, Esq. for plaintiff
Felix Gonzalez, Esq. for defendants ZeMurray Street Capital and W. Wesley Drummon
Cheryl Cooper, Esq. for defendants Gary Lax, Michael Lax, Latan Family Trust, and Tennessee
Business & Industrial Development Corporation

**NATURE OF PROCEEDINGS:**    Telephonic Discovery Conference held on the record

**DISPOSITION:**
Order to be entered.

*s/Susan Bush*
**DEPUTY CLERK**

Time Commenced: 2:04 p.m.        Time Adjourned: 2:16 p.m.        Total Time: 12 mins.