IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CITY OF ATLANTIC CITY,<br><br>        Plaintiff,<br><br>  v.<br><br>ZEMURRAY STREET CAPITAL, LLC, et al.,<br><br>        Defendants. | Civil No. 14-5169 (RBK/AMD) |

**ORDER**

      This Order confirms the directives given to counsel during the telephone status conference held on the record on April 8, 2016; and good cause appearing for the entry of the within Order:

      IT IS on this **8th** day of **April 2016**, hereby

      **ORDERED** that the pretrial factual discovery deadline of April 29, 2016 shall remain. The parties shall exchange dates for the depositions of Defendant Gary Lax, Defendant Michael Lax, and a representative of Defendant Latan Family Trust 1, and shall submit a letter to the Court by April 15, 2016 with the agreed-upon dates; and it is further

      **ORDERED** that each party is granted leave to file a motion to address any discovery issues raised during the telephone conference on April 8, 2016.

                                               s/ Ann Marie Donio
                                             ANN MARIE DONIO
                                             UNITED STATES MAGISTRATE JUDGE

cc: Hon. Robert B. Kugler