UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                          Proceeding Date: May 11, 2016

**JUDGE ANN MARIE DONIO**

Court Reporter: ECR

**TITLE OF CASE:**                      DOCKET NO. 14cv5169(RMB/AMD)
**City of Atlantic City**
v.
**ZeMurray Street Capital, LLC, et al**

**APPEARANCES:**
Thomas Monahan, Esq. and Christopher Khatami, Esq. for plaintiff
Felix Gonzalez, Esq. for defendants ZeMurray Street Capital and W. Wesley Drummon
Cheryl Cooper, Esq. for defendants Gary Lax, Michael Lax, Latan Family Trust, and Tennessee Business & Industrial Development Corporation

NATURE OF PROCEEDINGS:    Telephone Status Conference held on the record

**DISPOSITION:**
Hearing on plaintiff's Motion for Sanctions [84]
Ordered motion denied without prejudice
Order to be entered.

*s/Susan Bush*
**DEPUTY CLERK**

Time Commenced: 3:04 p.m. Time Adjourned: 3:14 p.m. Total Time: 10 mins.