IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CITY OF ATLANTIC CITY, | Civil No. 14-5169 (RBK/AMD) |
| Plaintiff, | |
| v. | |
| ZEMURRAY STREET CAPITAL, LLC, et al., | |
| Defendants. | |

### AMENDED SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the telephone status conference held on the record on June 7, 2016; and good cause appearing for the entry of the within Order:

IT IS on this **8th** day of **June 2016**, hereby **ORDERED**:

1. Pretrial factual discovery is hereby extended to **July 15, 2016**. All pretrial discovery shall be concluded by that date. All discovery motions and applications pursuant to L. CIV. R. 37.1(a)(1) shall be made returnable before the expiration of pretrial factual discovery.

2. **Depositions**. All depositions are to be conducted in accordance with the procedures set forth in the order of Judge Gawthrop, in *Hall v. Clifton Precision*, 150 F.R.D. 525 (E.D. Pa. 1993).

3. All expert reports and expert disclosures pursuant to FED. R. CIV. P. 26(a)(2) on behalf of Plaintiff shall be served upon counsel for Defendants not later than **August 15, 2016**. All expert reports and expert disclosures pursuant to FED. R. CIV. P. 26(a)(2) on behalf of Defendants shall be served upon counsel for Plaintiff not later than **September 15, 2016**. Each such report should be

accompanied by the *curriculum vitae* of the proposed expert witness. No expert opinion testimony shall be admitted at trial with respect to any witness for whom this procedure has not been timely followed. Depositions of proposed expert witnesses shall be concluded by **October 17, 2016.**

The parties shall also exchange, in accordance with the foregoing schedule, written statements identifying all opinion testimony counsel and the parties anticipate will be presented at trial pursuant to FED. R. EVID. 701 and *Teen-Ed v. Kimball International, Inc.*, 620 F.2d 399 (3d Cir. 1980).

4. **Dispositive Motions**. Dispositive motions shall be filed with the Clerk of the Court no later than **October 31, 2016**. Opposition to the motion should be served in a timely fashion. Counsel are to follow L. CIV. R. 7.1, 7.2, 56.1 and 78.1 (Motion Practice – Generally).

5. The Court will conduct the Final Pretrial Conference on **December 7, 2016 at 11:00 A.M**. The form Joint Final Pretrial Order (original and one copy for the Court, with sufficient copies for all counsel), as signed by all counsel, shall be delivered to the Court by **December 6, 2016**. The Plaintiff's portion of the proposed order shall be prepared and sent to defense counsel not later than **November 16, 2016**. Defendants' portion of the proposed order shall be prepared and returned to counsel for Plaintiff not later than **November 30, 2016. FAILURE TO APPEAR AT THIS CONFERENCE WILL LEAD TO THE IMPOSITION OF SANCTIONS, INCLUDING COSTS**.

**TRIAL COUNSEL MUST APPEAR AT THE FINAL PRETRIAL CONFERENCE UNLESS SPECIFICALLY EXCUSED BY THE COURT**. FED. R. CIV. **P. 16(d)**.

6. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Robert B. Kugler

3