CHERYL L. COOPER, ESQUIRE
NJ ATTORNEY ID #023661995
342 EGG HARBOR RD.
SUITE A-1
SEWELL, NJ  08080
P(856)437.5800
F(856)437.5599
*Attorney for Defendants Tennessee Business & Industrial Development Corporation, d/b/a/ TN BIDCO, Gary A. Lax,
Michael J. Lax, Latana Family Trust 1*

| | |
|---|---|
| THE CITY OF ATLANTIC CITY<br><br>                      Plaintiff<br><br><br>                   v.<br><br>ZEMURRAY STREET CAPITAL, LLC, W. WESLEY DRUMMON, TENNESSEE BUSINESS & INDUSTRIAL DEVELOPMENT CORPORATION d/b/a TN BIDCO, GARY A. LAX, MICHAEL J. LAX, LATAN FAMILY TRUST 1, TAIPAN HOLDINGS, LLC, ABC PARTNERSHIPS 1-10 (fictitious defendants), JOHN DOE (1-10), MARY DOE (1-10), XYZ CORPORATION (1-10) (fictitious person and entities), DEF SHAREHOLDERS, TRUSTS, and HOLDING COMPANIES (1-10).<br>                      Defendants | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>CAMDEN VICINAGE<br><br><br>CIVIL ACTION<br>DOCKET NO  14-5169 (RBK/AMD)<br><br><br><br>DEFENDANT GARY A. LAX'S NOTICE OF MOTION FOR SANCTIONS PURSUANT TO FED.R. CIV. P. 11 |

TO:     Clerk,

U.S. District Court for the District of New Jersey
Mitchell H. Cohen Federal Courthouse
One John F. Gerry Plaza
4 ᴴᴵ and Cooper Streets
Camden, New Jersey 08101

PLEASE TAKE NOTICE that on **AUGUST 15, 2016**, the undersigned attorney for the Defendant **Gary A. Lax**, will apply to the United States District Court for the District of New Jersey in Camden, New Jersey for an Order pursuant to Fed. R. Civ. P. 11 imposing monetary sanctions against Plaintiff Atlantic City, Thomas Monahan, Esquire, Christopher Khatami, Esquire, and the Law firm of Gilmore & Monahan, P.A. for the Defendant's attorneys'

fees, expenses, costs and for sanctions: (1) expenses in traveling to and staying in Washington DC for the deposition of Michael J. Lax and Gary A. Lax; (2) obtaining the transcript of any deposition of Gary A. Lax and Michael Lax; (3) travel time and expenses relating to Cheryl L. Cooper's representation at the deposition for Gary A. Lax; (4) preparation time for Gary A. Lax deposition; (5) preparing and filing the instant motion and accompanying brief; (6) continuing to maintain an action against Gary A. Lax; and (7)other such relief the Court may deem equitable and just.

      **PLEASE TAKE FURTHER NOTICE** that Defendant Gary A. Lax will rely upon the attached Brief and Certification. A proposed form of Order accompanies this Motion.

                                                        Respectfully Submitted,

                                                        */s/Cheryl L. Cooper, Esquire*

Dated:  July 9, 2016