**GILMORE & MONAHAN, P.A.**
Ten Allen Street
P.O. Box 1540
Toms River, NJ 08754
(732) 240-6000
Attorneys for **Plaintiff, City of Atlantic City**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **THE CITY OF ATLANTIC CITY,** : | Civil No.: 14-5169 (RBK/AMD) |
| Plaintiff(s), : | |
| : | |
| v. : | |
| : | |
| ZEMURRAY STREET CAPITAL, LLC, W. WESLEY DRUMMON, TENNESSEE BUSINESS & INDUSTRIAL DEVELOPMENT CORPORATION d/b/a TN BIDCO, GARY A. LAX, MICHAEL J. LAX, LANTANA FAMILY TRUST 1, TAIPAN HOLDINGS, LLC, ABC PARTNERSHIPS 1-10 (fictitious defendants), JOHN DOE (1-10), MARY DOE (1-10), XYZ CORPORATION (1-10), FICTITIOUS PERSONS AND ENTITIES, DEF SHAREHOLDERS, TRUSTS, and HOLDING COMPANIES (1-10). : | **NOTICE OF APPEAL** |
| Defendant(s). : | |

    Notice is hereby given that City of Atlantic City, Plaintiff, hereby appeal to the United States Court of Appeals for the Third Circuit from an Order granting sanctions entered in this action on the 11th day of January, 2017 and an Order for reconsideration entered on the 31st day of January, 2017.

                             **Gilmore & Monahan, P.A.**
                             Attorney for **Plaintiff, Atlantic City**

                             */s/ Thomas E. Monahan*
                             **THOMAS E. MONAHAN**
                             For the Firm

GILMORE & MONAHAN
A Professional Corporation
COUNSELLORS AT LAW
Allen Street Professional Center
Ten Allen Street
P.O. Box 1540
Toms River, New Jersey 08754