GILMORE & MONAHAN, P.A.
Ten Allen Street
P.O. Box 1540
Toms River, NJ 08754
(732) 240-6000
Attorneys for **Plaintiff, City of Atlantic City**
Thomas E. Monahan, Esq., Bar ID# 009351976

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| THE CITY OF ATLANTIC CITY, : | Civil No.: 14-5169 (RBK/AMD) |
| : | |
| Plaintiff(s), : | |
| : | |
| v. : | |
| : | |
| ZEMURRAY STREET CAPITAL, LLC, : | |
| W. WESLEY DRUMMON, : | **STIPULATION OF DISMISSAL** |
| TENNESSEE BUSINESS & : | **WITH PREJUDICE AS TO** |
| INDUSTRIAL DEVELOPMENT : | **MICHAEL LAX ONLY** |
| CORPORATION d/b/a TN BIDCO, : | |
| GARY A. LAX, MICHAEL J. LAX, : | |
| LANTANA FAMILY TRUST 1, TAIPAN : | |
| HOLDINGS, LLC, ABC : | |
| PARTNERSHIPS 1-10 : | |
| (fictitious defendants), JOHN DOE (1-10), : | |
| MARY DOE (1-10), XYZ : | |
| CORPORATION (1-10), FICTITIOUS : | |
| PERSONS AND ENTITIES, DEF : | |
| SHAREHOLDERS, TRUSTS, and : | |
| HOLDING COMPANIES (1-10). : | |
| : | |
| Defendant(s). : | |

The parties hereby voluntarily stipulate, pursuant to Fed.R.Civ.P.41, that this matter as to the defendant, Michael Lax, be and is hereby dismissed with prejudice.

GILMORE & MONAHAN
A Professional Corporation
COUNSELLORS AT LAW
Allen Street Professional Center
Ten Allen Street
P.O. Box 1540
Toms River, New Jersey 08754

This Stipulation of Dismissal does not affect the Court's Order of January 11, 2016 with regards to Rule 11 Sanctions pertaining to Michael Lax. The undersigned hereby agree and stipulate to the terms set forth above and we agree that the Stipulation of Dismissal may be filed with the Court without the need for original signatures.

Gilmore & Monahan, P.A.
Attorney for Plaintiff, Atlantic City

_____
THOMAS E. MONAHAN
For the Firm

Attorney for Defendants, Michael Lax and Gary Lax

_____
CHERYL COOPER
For the Firm

GILMORE & MONAHAN
A Professional Corporation
COUNSELLORS AT LAW
Allen Street Professional Center
Ten Allen Street
P.O. Box 1540
Toms River, New Jersey 08754