LAW OFFICES
# CHERYL L. COOPER
342 EGG HARBOR RD.
SUITE A-1
SEWELL, NJ  08080

PHONE: 856.437.5800
FAX: 856.437.5599

OTHER LOCATIONS:

EMAIL:  Cheryl.cooper@cooperlawnj.com

237 S. GRAND STREET
HAMMONTON, NJ  08037

May 15, 2018

**Sent Via e-Filing**

The Honorable Ann Marie Donio, U.S.M.J.
United States District Court
District of New Jersey
Fourth & Cooper Streets
Camden, NJ  08102

      **RE:   The City of Atlantic City v. Zemurray Street Capital, LLC, et al.**
            **Docket # 1:14-cv-05169-RBK-AMD**

Dear Judge Donio:

     Please accept this correspondence advising the Court that similar to Defendant Drummon, I have objected repeatedly to the format and content of Plaintiff's Final Joint Pre-Trial Order in the above matter.

     Due to the fact that Plaintiff's version of the FJPTO is not in compliance with the Federal Rules of Civil Procedure, it is taking an inordinate amount of time to respond, object and/or re-draft the FJPTO.

     Please accept my apologies to the Court for the late submission of Defendant ZSC's portion of the FJPTO.  I am certain that the Court is acutely aware that the FJPTO must be precise so as not to prejudice my client.  I have been diligently working on finalizing Defendant ZSC's portion of the FJPTO interspersed with reviewing of the large volume of documents in the City of Camden matter.

Please feel free to contact me should you have any questions. Thank you for your continued courtesies and assistance in this matter.

Respectfully,

Cheryl L. Cooper, Esquire

CLC/jsw

cc: All Counsel of Record- via ECF