UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

McMANIMON, SCOTLAND
 & BAUMANN, LLC
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Richard D. Trenk, Esq.
Jessica A. Maier, Esq.
Robert S. Roglieri, Esq.
*Attorneys for Plaintiff City of Atlantic City*

| | |
|---|---|
| THE CITY OF ATLANTIC CITY<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ZEMURRAY STREET CAPITAL, LLC, W. WESLEY DRUMMON, TENNESSE BUSINESS & INDUSTRIAL DEVELOPMENT CORPORATION d/b/a TN BIDCO, GARY A. LAX, MICHAEL J. LAX, LANTANA FAMILY TRUST 1, TAIPAN HOLDINGS, LLC, ABC PARTNERSHIPS 1-10 (fictitious defendants), JOHN DOE (1-10), MARY DOES (1-10), XYZ CORPORATION (1-10), FICTITIOUS PERSONS AND ENTITIES, DEF SHAREHOLDERS, TRUSTS, and HOLDING COMPANIES (1-10),<br><br>　　　　Defendants. | 1:14-cv-05169-RBK-AMD<br><br>Honorable Robert B. Kugler, U.S.D.J. |

**CONSENT JUDGMENT AGAINST DEFENDANT ZEMURRAY STREET CAPITAL, LLC ONLY IN FAVOR OF PLAINTIFF THE CITY OF ATLANTIC CITY**

The relief set forth on the following page(s), numbered two (2) through three (3) is hereby **ORDERED.**

| | |
|---|---|
| Caption: | The City of Atlantic City v. Zemurray Street Capital, LLC, *et al.* |
| Civil Case No.: | 1:14-cv-05169-RBK-AMD |
| Caption of Order: | Consent Judgment Against Defendant Zemurray Street Capital, LLC <u>Only</u> in Favor of Plaintiff the City of Atlantic City |

**THIS MATTER** having been opened to the Court by McManimon, Scotland & Baumann, LLC, attorneys for Plaintiff City of Atlantic City (the "City"); and the City having commenced this action against Defendant Zemurray Street Capital, LLC ("Zemurray") and others; and service having been properly effectuated upon Zemurray; and this action having been stayed as to Defendant W. Wesley Drummon pursuant to 11 U.S.C. § 362 as a result of having filed for protection under Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York on March 1, 2019 (Case No. 19-10670); and Zemurray having agreed to entry of this consent judgment (the "Consent Judgment"); and Zemurray having consulted with counsel; and Zemurray having acknowledged that it has a right to trial and Zemurray having waived such right; and the parties signing below having proper authority to enter into this Consent Judgment and the Court taking notice of the consent of the parties to the form, substance, and entry of the within Consent Judgment; and for good cause shown:

**IT IS HEREBY ORDERED THAT:**

1. Judgment be and hereby is entered in favor of the City of Atlantic City and against Zemurray Street Capital, LLC **only** in the amount of $3,000,000, plus additional post-judgment interest through the collection date, plus costs of collection.

2. The City may seek all reasonable attorneys' fees and costs incurred to collect the within Consent Judgment in accordance with applicable law.

3. This Consent Judgment be and hereby is deemed a final judgment in all respects.

(Page 3)

| | |
|---|---|
| Caption: | The City of Atlantic City v. Zemurray Street Capital, LLC, *et al.* |
| Civil Case No.: | 1:14-cv-05169-RBK-AMD |
| Caption of Order: | Consent Judgment Against Defendant Zemurray Street Capital, LLC <u>Only</u> in Favor of Plaintiff the City of Atlantic City |

s/ ROBERT B. KUGLER
___
HONORABLE ROBERT B. KUGLER
UNITED STATES DISTRICT JUDGE

THE FORM AND ENTRY OF THE WITHIN
JUDGMENT IS HEREBY CONSENTED TO BY:

| | |
|---|---|
| **THE LAW OFFICES OF CHERYL L. COOPER** *Attorneys for Defendant, Zemurray Street Capital, LLC* | **McMANIMON, SCOTLAND & BAUMANN, LLC** *Attorneys for Plaintiff, The City of Atlantic City* |
| By: /s/ CHERYL L. COOPER | By: /s/ RICHARD D. TRENK |
| Dated: March 7, 2019 | Dated: March 7, 2019 |

ZEMURRAY STREET CAPITAL, LLC
*Defendant*[1]

By: Gary A. Lax

Printed GARY A. LAX

On behalf of a majority of the membership interests of Zemurray Street Capital, LLC

Dated: March 7, 2019

___

[1] The person executing this Consent Judgment represents and warrants that he/she has full authority to enter into this Consent Judgment on behalf of the majority of the Membership Interests of Zemurray Street Capital, LLC.